JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMERICAN GUARANTEE AND LIABILITY CO., et al._____Plaintiffs,_____v.<br>NIBCO INC., et al.,_____Defendants. | Case No.: 2:20-cv-11051-RGK-AFM<br><br>[PROPOSED] ORDER OF DISIMSSAL [39]<br><br>Judge: Hon. R. Gary Klausner<br>Pretrial Conference: December 13, 2021<br>Trial: January 11, 2022<br><br>Removed: December 4, 2020<br>FAC Filed: November 3, 2020 |

The stipulation is approved. The entire action, including all claims stated herein against all parties, is hereby dismissed with prejudice.

DATED: 11/8/2021

By: /s/ Gary Klausner
Hon. R. Gary Klausner
United States District Judge